**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 26-60302-CIV-DAMIAN**
**26-60308-CIV-DAMIAN**
**26-60323-CIV-DAMIAN**

IN RE: INSPYR SOLUTIONS, LLC
DATA SECURITY BREACH LITIGATION
________________________________________/

**ORDER OF DISMISSAL WITHOUT PREJUDICE**

**THIS CAUSE** is before the Court on Plaintiffs, Angela Jefferson, Derrick Harrison, and Zach Williams's (collectively, "Plaintiffs"), Notice of Voluntary Dismissal Without Prejudice, filed on April 8, 2026. [ECF No. 13]. The Court notes that Defendant, Inspyr Solutions, LLC, has not yet filed an answer or a motion for summary judgment.

THE COURT having reviewed the Notice and being fully advised, and pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(i) and (B), it is hereby

**ORDERED AND ADJUDGED** that the claims brought by Plaintiffs, individually and on behalf of all others similarly situated, are **DISMISSED WITHOUT PREJUDICE**. The Clerk of Court is instructed to **CLOSE** this case and the member cases listed above.

**DONE AND ORDERED** in Chambers in the Southern District of Florida, this 9th day of April, 2026.

________________________________
**MELISSA DAMIAN**
**UNITED STATES DISTRICT JUDGE**